JS-6

1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

12
13
14

BOARD OF TRUSTEES OF THE
CONSTRUCTION LABORERS
PENSION TRUST FOR
SOUTHERN CALIFORNIA,

Case No. 2:25-cv-06447-BFM

**JUDGMENT**

15

Plaintiff,
v.

16
17

JMS AIR CONDITIONING AND
APPLIANCE SERVICE INC. d/b/a
JMS AC AND HEATING,

18

Defendant.

19

20        After full consideration of the pleadings and papers on file in this case,

21    the evidence on record, and the applicable law; consistent with the Court's Order

22    Granting Plaintiff's Application for Default Judgment; and good cause

23    appearing:

24        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff

25    Board of Trustees of the Construction Laborers Pension Trust for Southern

26    California shall recover from Defendant JMS Air Conditioning and Appliance

27
28

1   Service Inc.: (1) the unpaid withdrawal liability of $55,253.13; (2) interest of

2   $12,551.06 on that unpaid withdrawal liability; (3) liquidated damages of

3   $11,050.63; (4) attorneys' fees of $27,346.00; and (5) costs of $114.50.

4

5   DATED:  December 23, 2025

6   _____

7   BRIANNA FULLER MIRCHEFF
    U.S. MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2